UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIMBLE                                              CIVIL ACTION

VERSUS                                              NO: 14-625

CONNICK ET AL.                                      SECTION: "J" (4)

### ORDER

The Court, having considered the record, the applicable law, and the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 7),** hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's § 1983 claims against defendants Paul Connick, Jr., and Detective Stanley Brown **(Rec. Doc. 3)** are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Jefferson Parish are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a).[1]

**IT IS FURTHER ORDERED** that Plaintiff's *Motion to Amend* **(Rec.**

---

[1] Although the Report and Recommendation recommended that this claim be dismissed with prejudice, a plaintiff's voluntary dismissal requested before a defendant files either an answer or a motion for summary judgment should be without prejudice under Fed. R. Civ. P. 41(a).

**Doc. 6)** is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's *Second Motion to Amend* **(Rec. Doc. 8)** is **DENIED** as moot.

New Orleans, Louisiana this 1st day of July, 2014.

                                                  _____
                                                  CARL J. BARBIER
                                                  UNITED STATES DISTRICT JUDGE